**Cesar J. MARTINEZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3310.

United States Court of Appeals, Federal Circuit.

DECIDED: March 8, 2005.

*ORDER*

Upon consideration of the unopposed motion of Cesar J. Martinez to voluntarily dismiss his petition for review (MSPB CH0752020697–I–1),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**In re GLOBE FOOD EQUIPMENT CO.**

No. 04–1611.

United States Court of Appeals, Federal Circuit.

DECIDED: March 8, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).